# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SEYLA BAENA, individually and on behalf of others similarly situated,**

            **Plaintiff,**

**-vs-**                                           **Case No. 6:12-cv-1017-Orl-28DAB**

**M & F, LLC, a Florida limited liability company, JOGGING USA, INC., a Florida corporation, FABIAN BERRU, individually,**

            **Defendants.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 32) filed December 12, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 34), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 18, 2012 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 32) is **GRANTED**.

    3.      The Court finds the Settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues and it is **APPROVED**.

    4.      This case is dismissed with prejudice.

    5.      The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 8th day of January, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record